**Schedule A**

Columns

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Cause of Action** | **Plaintiff** | **Musical Composition** | **Writers** | **Date of Publication** | **Certificate of Registration Number** | **Date of Known Infringement** |
| 1. | WB MUSIC CORP. | WATCH ME (WHIP NAE NAE) | Timothy B. Mingo<br><br>Ricky L. Hawk | June 25, 2015 | PA 2-056-987 | February 9, 2019 |
| 2. | IRISH INTELLECT | JUMP AROUND | Kal Mann<br><br>Larry E. Muggerud<br><br>Erik Schrody | July 21, 1992 | PA 1-719-145 | February 10, 2019 |
| 3. | TARPO MUSIC PUBLISHING<br><br>NOTTING DALE SONGS INC. | TIPSY | Jerrell C. Jones (J-Kwon)<br><br>Mark Williams<br><br>Joe Kent | April 6, 2004 | PA 1-159-437 | February 9, 2019 |